IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK C. GREEN,<br><br>   Plaintiff,<br><br>   v.<br><br>RALPH DIAZ, et al.,<br><br>   Defendants. | No.  2:21-CV-1582-DMC-P<br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

       On October 1, 2021, the Court issued an order addressing Plaintiff's original complaint. See ECF No. 9. The Court concluded Plaintiff states cognizable claims against Defendant Spain based on violations of equal protection as well as the Americans with Disabilities Act. See id. at 4. The Court, however, concluded that Plaintiff failed to state any cognizable claims as against Defendants Diaz or Puricelli. See id. The Court provided Plaintiff an opportunity to amend to cure defects identified as to Defendants Diaz and Puricelli. See id. at 6. Plaintiff was informed that, if he elected not to file an amended complaint, the action would proceed as against Defendant Spain only. See id.

///

///

On October 22, 2021, Plaintiff filed a "Plaintiff's Notice of Intent to Dismiss Defendants Ralph Diaz and S. Puricelli from this Civil Rights Action." ECF No. 10. The Court construes Plaintiff's filing as a notice of voluntary dismissal of Defendants Diaz and Puricelli. Because no answer or motion for summary judgment has been filed, leave of Court is not required Defendants Diaz and Puricelli are dismissed on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate Diaz and Puricelli as defendants to this action. By separate order, the Court will direct service on Defendant Spain.

IT IS SO ORDERED.

Dated: December 10, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE