IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK C. GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>S. SPAIN,<br><br>    Defendant. | No.  2:21-CV-1582-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendant's motion to modify the schedule for this case.  See ECF No. 27.

A review of the docket reflects that discovery in this matter closed on December 5, 2022.  See ECF No. 24.  Defendant has timely filed a motion to compel discovery.  See ECF No. 26.  The Court finds it appropriate to vacate the dispositive motion filing deadline pending resolution of Defendant's motions to compel.  Upon resolution of Defendant's motions to compel, the Court will re-set the deadline to file dispositive motions.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motions to modify the schedule, ECF No. 27, is granted.

2. The remaining schedule for this case, consisting only of the dispositive motion filing deadline, is vacated.

3. The Court will re-set the dispositive motion filing deadline upon resolution of Plaintiff's pending motions to compel, which will be addressed by separate order.

4. The Clerk of the Court is directed to terminate ECF No. 27 as a pending motion.

Dated: April 26, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE